1 | RON E. SHULMAN (Bar No. 178263)
ron.shulman@lw.com
2 | BOB STEINBERG (Bar No. 126407)
bob.steinberg@lw.com
3 | LATHAM & WATKINS LLP
140 Scott Drive
4 | Menlo Park, CA 94025
Telephone: 650-328-4600
5 | Facsimile: 650-463-2600

6 | LAWRENCE J. GOTTS (*pro hac vice pending*)
lawrence.gotts@lw.com
7 | LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
8 | Washington, DC 20004-1304
Telephone: 202-637-2200
9 | Facsimile: 202-637-2201

10 | JULIE M. HOLLOWAY (Bar No. 196942)
julie.holloway@lw.com
11 | LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
12 | San Francisco, CA 94111-6538
Telephone: 415-391-0600
13 | Facsimile: 415-395-8095

14 | Attorneys for
AU OPTRONICS CORPORATION and
15 | AU OPTRONICS CORPORATION AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORPORATION *et al.*, <br><br> Defendants, | Case No. C-11-2620 PSG <br><br> **STIPULATION PURSUANT TO CIVIL L.R. 6-1(A) FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> ORDER |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

Stipulation Pursuant to Civil L.R. 6-1(a) for Extension of Time for Defendants to Respond to Plaintiff's Complaint
- C-11-2620 PSG

1

1   Pursuant to Civil L.R. 6-1(a), AU Optronics Corporation, AU Optronics Corporation
2  America, Acer America Corporation, Acer Inc., BenQ America Corp., BenQ Corp., SANYO
3  Electric Co., Ltd., and SANYO North America Corporation (collectively "Defendants") and
4  Samsung Electronics Co., Ltd. ("Plaintiff") stipulate to extend the time within which Defendants
5  are permitted to answer or otherwise respond to Plaintiff's complaint.  The stipulated response
6  date is August 15, 2011.  This will not alter any deadlines fixed by the Court.  In addition,
7  Defendants waive the requirement that they be served with a summons pursuant to Fed. R.
8  Civ. P. 4.

**Filer's Attestation:**  Pursuant to General Order No. 45, Section X.B regarding signatures, Bob Steinberg hereby attests that concurrence in the filing of this document has been obtained from the other signatories listed below.

Dated:  July 6, 2011                LATHAM & WATKINS LLP

By:    /S/ - Bob Steinberg
            Bob Steinberg

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA

WILSON SONSINI GOODRICH & ROSATI

By:    /S/ - James Yoon
            James Yoon

Attorneys for Defendants
ACER INC.,
ACER AMERICA CORPORATION,
BENQ CORP., and
BENQ AMERICA CORP.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2   Stipulation Pursuant to Civil L.R. 6-1(a) for Extension of Time for Defendants to Respond to Plaintiff's Complaint
- C-11-2620 PSG

| | |
|---|---|
| 1 | KATTEN MUCHIN ROSENMAN LLP |
| 2 | By:   /S/ - Michael A. Dorfman |
| | Michael A. Dorfman |
| 3 | |
| 4 | Attorneys for Defendants |
| | SANYO ELECTRIC CO., LTD. and |
| 5 | SANYO NORTH AMERICA CORPORATION |
| 6 | O'MELVENY AND MYERS LLP |
| 7 | By:   /S/ - Brian Berliner |
| | Brian Berliner |
| 8 | |
| 9 | Attorneys for Plaintiff |
| | SAMSUNG ELECTRONICS CO., LTD. |

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3   Stipulation Pursuant to Civil L.R. 6-1(a) for Extension of Time for Defendants to Respond to Plaintiff's Complaint
- C-11-2620 PSG

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560.

On **July 6, 2011**, I served the following document described as:

**STIPULATION PURSUANT TO CIVIL L.R. 6-1(A) FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

| | |
|---|---|
| James C. Yoon<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA  94304 | Michael A. Dorfman<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL  60661-3693 |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 6, 2011**, at Los Angeles, California.

/s/ Andy Magno
Andy Magno