GEORGE RILEY (S.B. #118304)
griley@omm.com
DARIN SNYDER (S.B. #136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

MARK SAMUELS (S.B. #107026)
msamuels@omm.com
BRIAN M. BERLINER (S.B. #156732)
bberliner@omm.com
RYAN YAGURA (S.B. # 197619)
ryagura@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
AT&T, INC., BEST BUY CO., INC.,
AND BRANDSMART USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AU OPTRONICS CORPORATION, et al., | Case No. 3:11-cv-03170-EMC |
| Plaintiffs, | **UNOPPOSED MOTION TO STAY AND [PROPOSED] ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

1  WHEREAS, Plaintiffs AU Optronics Corp. and AU Optronics Corp. America collectively ("Plaintiffs") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., AT&T, Inc., Best Buy Co., Inc., and BrandsMart USA, Inc. (collectively, "Defendants") are also parties to a proceeding before the United States International Trade Commission (the "ITC") under section 337 of the Tariff Act of 1930 in the matter titled, Certain Flat Panel Display Devices and Products Containing the Same, Investigation No. 337-TA-793;

WHEREAS, the ITC instituted an Investigation against Defendants on July 28, 2011 involving, *inter alia*, U.S. Patent Nos. 6,281,955 and 7,697,093.

WHEREAS U.S. Patent Nos. 6,281,955 and 7,697,093 are also pending in the above-captioned action;

WHEREAS, Defendants seek and Plaintiffs are agreeable to a stay under 28 U.S.C. § 1659(a) in the above-captioned action for all claims related to U.S. Patent Nos. 6,281,955 and 7,697,093 until the determination of the ITC becomes final;

Defendants hereby move for an order that all claims related to U.S. Patent Nos. 6,281,955 and 7,697,093 in the above-captioned action be stayed under 28 U.S.C. § 1659(a) until the determination of the ITC becomes final. *See In re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007). Defendants expressly reserve and do not waive any other defenses.

Dated: August 11, 2011

GEORGE RILEY
DARIN SNYDER
MARK SAMUELS
BRIAN BERLINER
O'MELVENY & MYERS LLP


By:  /s/ Philip C. Ducker
     Philip C. Ducker

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC., AT&T, INC., BEST BUY CO., INC.,
AND BRANDSMART USA, INC.

**[PROPOSED] ORDER**

Pursuant to 28 U.S.C. § 1659(a), all claims related to U.S. Patent Nos. 6,281,955 and 7,697,093 are hereby stayed until the determination of the ITC in the matter titled, Certain Flat Panel Display Devices and Products Containing the Same, Investigation No. 337-TA-793, becomes final.

IT IS SO ORDERED.

DATED: _____August 12, 2011_____         _____
                                                                                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5-5(b).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 11, 2011                                                                                  /s/ Philip C. Ducker