UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>    Defendants.<br>_____/<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD.<br><br>    Defendant.<br>_____/ | Case No. C-11-2620 EMC<br>Case No. C-11-3170 EMC<br><br>**RELATED CASES**<br><br>**CASE MANAGEMENT AND PRETRIAL SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, THE FOLLOWING DEADLINES ARE HEREBY ORDERED:

1. <u>TRIAL DATE</u>:     <u>To be set later</u>

2. <u>DISCOVERY LIMITATIONS</u>:     Prior to completion of ADR, each party is limited to*: per stipulation in Joint Case Management Statement, pg. 6-13.*

    Interrogatories ___

    Depositions ___

    Document Requests ___
    (narrowly tailored to facilitate mediation)

|  |  |
|---|---|
|  | Requests for Admission __ |
|  | After ADR, each party is limited to: |
|  | Interrogatories __ |
|  | Depositions __ |
|  | Document Requests __ |
|  | Requests for Admission __ |

3. <u>ADR</u>:

|  |  |
|---|---|
|  | Court-sponsored mediation ___ |
|  | Court-sponsored ENE ____ |
|  | Mag. Judge Settlement Conf. ____ |
|  | Private mediation __ |
|  | Private arbitration ____ |
|  | Other: <u>Parties to comply with ITC mandated ADR process; parties to notify the Court if local ADR is desired.</u> |

4. <u>LAST DAY TO ADD PARTIES</u>: <u>11/30/2011</u>

5. <u>FURTHER STATUS CONFERENCE</u>: <u>01/27/2012, at 10:30 a.m.</u>

OTHER DEADLINES:

6. <u>INFRINGEMENT CONTENTIONS</u>: <u>12/16/2011</u>

7. <u>ACCOMPANYING DOCUMENT PRODUCTION</u>: <u>12/23/2011</u>

8. <u>INVALIDITY CONTENTIONS</u>: <u>02/17/2012</u>

9. <u>ACCOMPANYING DOCUMENT PRODUCTION</u>: <u>02/24/2012</u>

10. <u>EXCHANGE OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION</u>: <u>03/16/2012</u>

Number of terms to be construed not to exceed <u>ten (10)</u>. Parties shall comply with Pat. L.R. 4-1(b).

| | | | |
|---|---|---|---|
| 11. | EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE: | | 04/06/2012 |
| 12. | JOINT CLAIM CONSTRUCTION CHART & PREHEARING STATEMENT: | | 04/20/2012 |
| 13. | CLAIM CONSTRUCTION DISCOVERY CUT-OFF: | | 05/04/2012 |
| 14. | TUTORIAL: | | 09/06/2012 at 2:30 p.m. |
| 15. | CLAIM CONSTRUCTION HEARING: | | Hearing on 09/20/2012 at 2:30 p.m. |
| | | | Opening brief to be filed by 07/20/2012 |
| | | | Opposition to be filed by 08/03/2012 |
| | | | Reply to be filed by 08/10/2012 |

Dated: October 17, 2011

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California