UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORPORATION, *et al.*, <br><br> Defendants. <br> _____/ <br><br> AU OPTRONICS CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD. <br><br> Defendant. <br> _____/ | Case No. C-11-2620 EMC <br> Case No. C-11-3170 EMC <br><br> **RELATED CASES** <br><br> **CASE MANAGEMENT AND PRETRIAL SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, THE FOLLOWING DEADLINES ARE HEREBY ORDERED:

1. <u>TRIAL DATE</u>: <u>To be set later</u>

2. <u>DISCOVERY LIMITATIONS</u>: Prior to completion of ADR, each party is limited to: *per stipulation in Joint Case Management Statement, pg. 6-13.*

        Interrogatories ___

        Depositions ___

        Document Requests ___
        (narrowly tailored to facilitate mediation)

|   |   |   |
|---|---|---|
|   |   | Requests for Admission ___ |
|   |   | After ADR, each party is limited to: |
|   |   | Interrogatories ___ |
|   |   | Depositions ___ |
|   |   | Document Requests ___ |
|   |   | Requests for Admission ___ |
| 3. | ADR: |   |
|   |   | Court-sponsored mediation ___ |
|   |   | Court-sponsored ENE ___ |
|   |   | Mag. Judge Settlement Conf. ___ |
|   |   | Private mediation ___ |
|   |   | Private arbitration ___ |
|   |   | Other: <u>Parties to comply with ITC mandated ADR process; parties to notify the Court if local ADR is desired.</u> |
| 4. | LAST DAY TO ADD PARTIES: | 11/30/2011 |
| 5. | FURTHER STATUS CONFERENCE: | 01/27/2012, at 10:30 a.m. |

OTHER DEADLINES:

| | | |
|---|---|---|
| 6. | INFRINGEMENT CONTENTIONS: | 12/16/2011 |
| 7. | ACCOMPANYING DOCUMENT PRODUCTION: | 12/23/2011 |
| 8. | INVALIDITY CONTENTIONS: | 02/17/2012 |
| 9. | ACCOMPANYING DOCUMENT PRODUCTION: | 02/24/2012 |
| 10. | EXCHANGE OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION: | 03/16/2012 |
|   |   | Number of terms to be construed not to exceed <u>ten (10)</u>. Parties shall comply with Pat. L.R. 4-1(b). |

| | | | |
|---|---|---|---|
| 11. | EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE: | | 04/06/2012 |
| 12. | JOINT CLAIM CONSTRUCTION CHART & PREHEARING STATEMENT: | | 04/20/2012 |
| 13. | CLAIM CONSTRUCTION DISCOVERY CUT-OFF: | | 05/04/2012 |
| 14. | TUTORIAL: | | 09/06/2012 at 2:30 p.m. |
| 15. | CLAIM CONSTRUCTION HEARING: | | Hearing on 09/20/2012 at 2:30 p.m. |
| | | | Opening brief to be filed by 07/20/2012 |
| | | | Opposition to be filed by 08/03/2012 |
| | | | Reply to be filed by 08/10/2012 |

Dated: October 17, 2011

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE