1  GEORGE RILEY (CA Bar No. 118304)
   griley@omm.com
2  DARIN SNYDER (CA Bar No. 136003)
   dsnyder@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA 94111-3823
5  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
6
7  MARK SAMUELS (CA Bar No. 107026)
   msamuels@omm.com
8  BRIAN M. BERLINER (CA Bar No. 156732)
   bberliner@omm.com
9  RYAN YAGURA (CA Bar No. 197619
   ryagura@omm.com
10 MARCUS S. QUINTANILLA (CA Bar No. 202994)
   mquintanilla@omm.com
11 VISION L. WINTER (CA Bar No. 234172)
   vwinter@omm.com
12 O'MELVENY & MYERS LLP
13 400 South Hope Street
   Los Angeles, CA 90071-2899
14 Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
15

16 Attorneys for
   SAMSUNG ELECTRONICS CO., LTD.
17

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> v. <br><br> AU OPTRONICS CORPORATION, et al. <br><br> AU OPTRONICS CORPORATION, et al. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al. | Case No. 3:11-cv-02620-EMC <br> Case No. 3:11-cv-03170-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE ACTIONS** <br><br> Fed. R. Civ. P. 42(a) <br><br> **Judge:**      **Honorable Edward M. Chen** <br> **Courtroom: 5** |

**STIPULATION**

1.     **WHEREAS**, Case No. 3:11-cv-02620-EMC is an action for patent infringement brought by Samsung Electronics Co., Ltd. against AUO Optronics Corporation, AUO Optronics Corporation America, Acer Inc., Acer America Corp., BenQ Corp., BenQ America Corp., SANYO Electronic Co., Ltd., and SANYO Manufacturing Corp., and pending before the Honorable Edward M. Chen; and

2.     **WHEREAS**, Case No. 3:11-cv-03170-EMC is an action for patent infringement brought by AUO Optronics Corporation and AUO Optronics Corporation America against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., AT&T Mobility LLC, Best Buy Stores, L.P., BestBuy.com, LLC, Best Buy Stores, L.P., and Interbond Corporation of America d/b/a BrandsMart U.S.A., and likewise pending before Judge Chen; and

3.     **WHEREAS**, both of the above-referenced cases involve the parties' respective patents related to LCD and OLED technology, and are therefore likely to present common questions of law and fact; and

4.     **WHEREAS**, the Court issued a Related Case Order regarding the above-referenced cases on August 3, 2011; and

5.     **WHEREAS**, the Court expressed its willingness to consolidate the above-referenced actions during the initial case-management conference that it held for them on October 14, 2011;

**NOW, THEREFORE**, each of the parties in both of the above-referenced actions hereby stipulates and agrees that the interests of efficiency and judicial economy will be served by the

///
///
///
///
///
///
///

- 1 -

1  consolidation of those actions for all purposes under Case No. 3:11-cv-02620-EMC pursuant to
2  Fed. R. Civ. P. 42(a), and hereby requests that the Court order such consolidation.

3                                        Respectfully submitted,

4  October 17, 2011                  O'MELVENY & MYERS LLP

6                                    By   /s/ Brian M. Berliner
                                                    Brian M. Berliner
7                                                     Marcus S. Quintanilla
                                                    Vision Winter
8                                                     400 South Hope Street
                                                    Los Angeles, CA  90071-2899
9                                                     Telephone: (213) 430-6000
                                                    Facsimile:  (213) 430-6407

11                                               *Counsel for*
                                              *Samsung Electronics Co., Ltd.*

12  October 17, 2011                  LATHAM & WATKINS LLP

15                                             By   /s/ Bob Steinberg
                                                   Bob Steinberg
16                                                    Lawrence J. Gotts
                                                   Bert C. Reiser
17                                                    555 Eleventh Street, NW, Suite 100
                                                   Washington, DC  20004-1304
18                                                    Telephone:  (202) 637-2200
                                                   Facsimile:  (202) 637-2201

20                                               *Counsel for*
                                              *AU Optronics Corporation and*
                                              *AU Optronics Corporation America*

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| 1 | October 17, 2011 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | |
| 3 | | |
| 4 | | By  /s/ James C. Yoon  <br> James C. Yoon |
| 5 | | S. Michael Song <br> Albert Shih |
| 6 | | Kirin K. Gill <br> 650 Page Mill Road |
| 7 | | Palo Alto, CA  94304-1050 <br> Telephone:   (650) 493-9300 <br> Facsimile:    (650) 493-6811 |
| 8 | | |
| 9 | | *Counsel for* <br> *Acer Inc., Acer America Corporation,* <br> *BenQ Corp., and BenQ America Corp.* |
| 10 | | |
| 11 | October 17, 2011 | KATTEN MUCHIN ROSENMAN LLP |
| 12 | | |
| 13 | | By  /s/ Michael A. Dorfman  <br> Michael A. Dorfman |
| 14 | | Sharyn M. Castle |
| 15 | | 525 West Monroe Street <br> Chicago, IL  60661-3693 |
| 16 | | Telephone:   (312) 902-5200 <br> Facsimile:    (312) 902-1061 |
| 17 | | *Counsel for* |
| 18 | | *Sanyo Electric Co., Ltd. and* <br> *Sanyo Manufacturing Corporation* |
| 19 | | |
| 20 | /// | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

**O R D E R**

Pursuant to the parties' stipulation and good cause appearing therefore, it is hereby ordered that Case No. 3:11-cv-02620-EMC and Case No. 3:11-cv-03170-EMC be consolidated under Case No. 3:11-cv-02620-EMC. The surviving action shall be captioned:

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., ) | Case No. 3:11-cv-02620-EMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AU OPTRONICS CORP., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| AND RELATED COUNTERCLAIMS. ) | |
| ) | |

**IT IS SO ORDERED.**

Dated: October 18, 2011

_____
Hon. _____
United States _____
Judge Edward M. Chen

OMM_US:70111742.2

- 4 -