1   GEORGE RILEY (CA Bar No. 118304)
    griley@omm.com
2   DARIN SNYDER (CA Bar No. 136003)
    dsnyder@omm.com
3   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
4   San Francisco, CA 94111-3823
    Telephone: (415) 984-8700
5   Facsimile: (415) 984-8701

6
    MARK SAMUELS (CA Bar No. 107026)
7   msamuels@omm.com
    BRIAN M. BERLINER (CA Bar No. 156732)
8   bberliner@omm.com
    RYAN YAGURA (CA Bar No. 197619
9   ryagura@omm.com
    MARCUS S. QUINTANILLA (CA Bar No. 202994)
10  mquintanilla@omm.com
    VISION L. WINTER (CA Bar No. 234172)
11  vwinter@omm.com
    O'MELVENY & MYERS LLP
12  400 South Hope Street
    Los Angeles, CA 90071-2899
13  Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
14

15
    Attorneys for
16  SAMSUNG ELECTRONICS CO., LTD.

17

18                  **UNITED STATES DISTRICT COURT**

19       **NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

20  SAMSUNG ELECTRONICS CO., LTD.,    )   Case No. 3:11-cv-02620-EMC
                                      )   Case No. 3:11-cv-03170-EMC
21          v.                        )
                                      )   **STIPULATION AND [~~PROPOSED~~] ORDER**
22                                    )   **TO CONSOLIDATE ACTIONS**
    AU OPTRONICS CORPORATION,         )
23  et al.                            )
                                      )   Fed. R. Civ. P. 42(a)
24  AU OPTRONICS CORPORATION,         )
    et al.                            )
25                                    )   **Judge:        Honorable Edward M. Chen**
            v.                        )   **Courtroom:  5**
26                                    )
    SAMSUNG ELECTRONICS CO., LTD.,    )
27  et al.                            )
                                      )
28  _____

**STIPULATION**

1.　　**WHEREAS**, Case No. 3:11-cv-02620-EMC is an action for patent infringement brought by Samsung Electronics Co., Ltd. against AUO Optronics Corporation, AUO Optronics Corporation America, Acer Inc., Acer America Corp., BenQ Corp., BenQ America Corp., SANYO Electronic Co., Ltd., and SANYO Manufacturing Corp., and pending before the Honorable Edward M. Chen; and

2.　　**WHEREAS**, Case No. 3:11-cv-03170-EMC is an action for patent infringement brought by AUO Optronics Corporation and AUO Optronics Corporation America against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., AT&T Mobility LLC, Best Buy Stores, L.P., BestBuy.com, LLC, Best Buy Stores, L.P., and Interbond Corporation of America d/b/a BrandsMart U.S.A., and likewise pending before Judge Chen; and

3.　　**WHEREAS**, both of the above-referenced cases involve the parties' respective patents related to LCD and OLED technology, and are therefore likely to present common questions of law and fact; and

4.　　**WHEREAS**, the Court issued a Related Case Order regarding the above-referenced cases on August 3, 2011; and

5.　　**WHEREAS**, the Court expressed its willingness to consolidate the above-referenced actions during the initial case-management conference that it held for them on October 14, 2011;

**NOW, THEREFORE**, each of the parties in both of the above-referenced actions hereby stipulates and agrees that the interests of efficiency and judicial economy will be served by the

///

///

///

///

///

///

///

- 1 -

1    consolidation of those actions for all purposes under Case No. 3:11-cv-02620-EMC pursuant to

2    Fed. R. Civ. P. 42(a), and hereby requests that the Court order such consolidation.

3                                                   Respectfully submitted,

4    October 17, 2011                               O'MELVENY & MYERS LLP

5

6                                                   By __/s/ Brian M. Berliner_____

7                                                       Brian M. Berliner
                                                        Marcus S. Quintanilla
                                                        Vision Winter
8                                                       400 South Hope Street
                                                        Los Angeles, CA  90071-2899
9                                                       Telephone: (213) 430-6000
                                                        Facsimile:  (213) 430-6407
10

11                                                      *Counsel for*
                                                        *Samsung Electronics Co., Ltd.*

12   October 17, 2011                               LATHAM & WATKINS LLP

13

14

15                                                  By __/s/ Bob Steinberg_____

                                                        Bob Steinberg
16                                                      Lawrence J. Gotts
                                                        Bert C. Reiser
17                                                      555 Eleventh Street, NW, Suite 100
                                                        Washington, DC  20004-1304
18                                                      Telephone: (202) 637-2200
                                                        Facsimile:  (202) 637-2201
19
                                                        *Counsel for*
20                                                      *AU Optronics Corporation and*
                                                        *AU Optronics Corporation America*
21

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1     October 17, 2011                  WILSON SONSINI GOODRICH & ROSATI

2

3

                                  By   /s/ James C. Yoon

4                                        James C. Yoon
                                       S. Michael Song

5                                        Albert Shih
                                       Kirin K. Gill

6                                        650 Page Mill Road
                                       Palo Alto, CA  94304-1050

7                                        Telephone:   (650) 493-9300
                                       Facsimile:   (650) 493-6811

8

9                                        *Counsel for*
                                       *Acer Inc., Acer America Corporation,*
                                       *BenQ Corp., and BenQ America Corp.*

10

11     October 17, 2011                  KATTEN MUCHIN ROSENMAN LLP

12

13                                   By   /s/ Michael A. Dorfman
                                       Michael A. Dorfman

14                                        Sharyn M. Castle
                                       525 West Monroe Street

15                                        Chicago, IL  60661-3693
                                       Telephone:   (312) 902-5200

16                                        Facsimile:   (312) 902-1061

17                                        *Counsel for*
                                       *Sanyo Electric Co., Ltd. and*

18                                        *Sanyo Manufacturing Corporation*

19

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1

**O R D E R**

2          Pursuant to the parties' stipulation and good cause appearing therefore, it is hereby

3    ordered that Case No. 3:11-cv-02620-EMC and Case No. 3:11-cv-03170-EMC be consolidated

4    under Case No. 3:11-cv-02620-EMC.  The surviving action shall be captioned:

5    SAMSUNG ELECTRONICS CO., LTD.,    )    Case No. 3:11-cv-02620-EMC
                                                          )
6                         Plaintiff,                        )
                                                          )
7          v.                                             )
                                                          )
8    AU OPTRONICS CORP., et al.,              )
                                                          )
9                         Defendants.                  )
                                                          )
10   _____     )
                                                          )
11   AND RELATED COUNTERCLAIMS.  )
                                                          )
12   _____

13          **IT IS SO ORDERED.**

14

15   Dated:  October _18_, 2011

16                                                  He_____
                                                   Uni_____
17                                                                Judge Edward M. Chen

18   OMM_US:70111742.2

19

20

21

22

23

24

25

26

27

28

- 4 -