IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. | CASE NO. 3:11-cv-02620-EMC |
| Plaintiff, | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| AU OPTRONICS CORPORATION, et al., | |
| Defendant. | |

Dennis C. Lee, whose business address and telephone number is Katten Muchin Rosenman LLP, 525 West Monroe Street, Chicago, Illinois 60661-3693, Telephone: 312-902-5200

and who is an active member in good standing of the bar of the Supreme Court of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing SANYO Electric Co., Ltd. and SANYO Manufacturing Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/18/2011

Edward M. [signature] Judge Edward M. Chen
United States

50685355