GEORGE RILEY (CA Bar No. 118304)
griley@omm.com
DARIN SNYDER (CA Bar No. 136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MARK SAMUELS (CA Bar No. 107026)
msamuels@omm.com
BRIAN M. BERLINER (CA Bar No. 156732)
bberliner@omm.com
RYAN YAGURA (CA Bar No. 197619
ryagura@omm.com
MARCUS S. QUINTANILLA (CA Bar No. 202994)
mquintanilla@omm.com
VISION L. WINTER (CA Bar No. 234172)
vwinter@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for
SAMSUNG ELECTRONICS CO., LTD. and Related Parties

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORP., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:11-cv-02620-EMC <br><br> **STIPULATION PURSUANT TO CIVIL L.R. 6-1(A) FOR EXTENSION OF TIME FOR SAMSUNG TO RESPOND TO AUO'S COUNTERCLAIMS** |

1  Pursuant to Civil L.R. 6-1(a), AU Optronics Corporation, AU Optronics Corporation America (collectively, "AUO") and Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Samsung") stipulate to extend the time within which Samsung is permitted to answer or otherwise respond to the counterclaims asserted in this consolidated action, including claims asserted in the Amended Complaint originally filed in Case No. 3:11-CV-03170-EMC, which has been consolidated herewith.  The stipulated response date is December 1, 2011.  This will not alter any deadlines fixed by the Court.

**Filer's Attestation:**  Pursuant to General Order No. 45, Section X.B regarding signatures, Brian Berliner hereby attests that concurrence in the filing of this document has been obtained from the other signatory listed below.

October 20, 2011                                    Respectfully submitted,

                                                    O'MELVENY & MYERS LLP


                                                    By   /s/ Brian M. Berliner
                                                        Brian M. Berliner
                                                        Marcus S. Quintanilla
                                                        Vision Winter
                                                        400 South Hope Street
                                                        Los Angeles, CA  90071-2899
                                                        Telephone: (213) 430-6000
                                                        Facsimile:   (213) 430-6407

                                                        *Counsel for*
                                                        *Samsung Electronics Co., Ltd. and Samsung*
                                                        *Electronics America, Inc.*

1  October 20, 2011                           LATHAM & WATKINS LLP

                                              By   /s/ Bob Steinberg
                                                   Bob Steinberg
                                                   Lawrence J. Gotts
                                                   Bert C. Reiser
                                                   555 Eleventh Street, NW, Suite 100
                                                   Washington, DC  20004-1304
                                                   Telephone:  (202) 637-2200
                                                   Facsimile:   (202) 637-2201

                                              *Counsel for
                                              AU Optronics Corporation and
                                              AU Optronics Corporation America*

OMM_US:70113459.1

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

10/20/2011

IT IS SO ORDERED

Judge Edward M. Chen

- 3 -    STIPULATION FOR EXTENSION OF TIME