GEORGE RILEY (CA Bar No. 118304)
griley@omm.com
DARIN SNYDER (CA Bar No. 136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MARK SAMUELS (CA Bar No. 107026)
msamuels@omm.com
BRIAN M. BERLINER (CA Bar No. 156732)
bberliner@omm.com
RYAN YAGURA (CA Bar No. 197619
ryagura@omm.com
MARCUS S. QUINTANILLA (CA Bar No. 202994)
mquintanilla@omm.com
VISION L. WINTER (CA Bar No. 234172)
vwinter@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for
SAMSUNG ELECTRONICS CO., LTD. and Related Parties

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORP., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:11-cv-02620-EMC <br><br> **STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) FOR EXTENSION AND/OR CREATION OF DEADLINE TO AMEND PLEADINGS** ; ORDER |

1  Pursuant to Civil L.R. 6-1(b), AU Optronics Corporation, AU Optronics Corporation
2  America (collectively, "AUO"); Samsung Electronics Co., Ltd., Samsung Electronics America,
3  Inc. (collectively, "Samsung"); Acer Inc., Acer America Corp., BenQ Corp., BenQ America
4  Corp., SANYO Electronic Co., Inc., SANYO Manufacturing Corp. (collectively, "AUO
5  Customer Counterclaim Defendants"); AT&T Mobility LLC, Best Buy Stores, L.P.,
6  BestBuy.com, LLC, Best Buy Purchasing, LLC, and Interbond Corporation of America d/b/a
7  BrandsMart U.S.A. (collectively, "Samsung Customer Defendants") stipulate to extend and/or
8  create the deadline by which the aforementioned parties are permitted to amend pleadings in this
9  consolidated action.
10  WHEREAS, the Court's Case Management and Pretrial Scheduling Order (Dkt. #68) set
11  November 30, 2011, as the deadline for the last day to add parties, but did not explicitly set a
12  deadline to amend pleadings;
13  WHEREAS, the parties stipulated and the Court approved (Dkt. #62 in Case No. 3:11-cv-
14  03170-EMC and Dkt. #74 in Case No. 3:11-cv-02620-EMC) to extend until December 1, 2011,
15  the deadline by which Samsung, Samsung Customer Defendants, AUO, and AUO Customer
16  Counterclaim Defendants must answer or otherwise respond to the operative claims and
17  counterclaims filed in this action;
18  WHEREAS, the parties prefer, consistent with Federal Rule of Civil Procedure 15(a)(1),
19  that the deadline to amend pleadings be set after the current (December 1, 2011) deadline to
20  respond to the operative claims and counterclaims.
21  NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
22  PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE
23  APPROVAL OF THE COURT, AS FOLLOWS:
24  The deadline by which the parties are permitted to amend pleadings without leave of
25  Court is set for December 22, 2011, which is three weeks following the current deadline for
26  responding to the operative claims and counterclaims.
27
28

**Filer's Attestation:** Pursuant to General Order No. 45, Section X.B regarding signatures, Marcus S. Quintanilla hereby attests that concurrence in the filing of this document has been obtained from the other signatory listed below.

November 9, 2011

Respectfully submitted,

O'MELVENY & MYERS LLP

By /s/ Marcus S. Quintanilla
Brian M. Berliner
Marcus S. Quintanilla
Vision Winter
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Counsel for*
*Samsung Electronics Co., Ltd.*
*Samsung Electronics America, Inc.*
*AT&T Mobility LLC*
*Best Buy Stores, L.P.,*
*BestBuy.com, LLC*
*Best Buy Purchasing, LLC*
*Interbond Corporation of America d/b/a*
*BrandsMart U.S.A.*

November 9, 2011

LATHAM & WATKINS LLP

By /s/ Bob Steinberg
Bob Steinberg
Lawrence J. Gotts
Bert C. Reiser
555 Eleventh Street, NW, Suite 100
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Counsel for*
*AU Optronics Corporation and*
*AU Optronics Corporation America*

November 9, 2011                    WILSON SONSINI GOODRICH & ROSATI


                                    By  /s/ James C. Yoon
                                        James C. Yoon
                                        S. Michael Song
                                        Albert Shih
                                        Kirin K. Gill
                                        650 Page Mill Road
                                        Palo Alto, CA 94304-1050
                                        Telephone:  (650) 493-9300
                                        Facsimile:  (650) 493-6811

                                    *Counsel for Respondents
                                    Acer Inc., Acer America Corporation,
                                    BenQ Corp., and BenQ America Corp.*


November 9, 2011                    KATTEN MUCHIN ROSENMAN LLP



                                    By  /s/ Michael Dorfman
                                        Michael A. Dorfman
                                        525 West Monroe Street
                                        Chicago, IL 60661-3693
                                        Telephone:  (312) 902-5200
                                        Facsimile:  (312) 902-1061

                                    *Counsel for Respondents
                                    Sanyo Electric Co., Ltd. and
                                    Sanyo Manufacturing Corporation*


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: 11/10/11
                                    _____
                                    Honorable Edward M. Chen
                                    United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

Case No. 3:11-cv-02620-EMC          - 4 -          STIPULATION FOR EXTENSION/CREATION OF
                                                        DEADLINE TO AMEND PLEADINGS