GEORGE RILEY (CA Bar No. 118304)
griley@omm.com
DARIN SNYDER (CA Bar No. 136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

MARK SAMUELS (CA Bar No. 107026)
msamuels@omm.com
BRIAN M. BERLINER (CA Bar No. 156732)
bberliner@omm.com
RYAN YAGURA (CA Bar No. 197619)
ryagura@omm.com
VISION L. WINTER (CA Bar No. 234172)
vwinter@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | Case No. 3:11-cv-02620-EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| AU OPTRONICS CORP., *et al.*, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Samsung Electronics Co., Ltd.; Samsung

2    Electronics America, Inc.; AU Optronics Corporation; AU Optronics Corporation America;

3    Acer Inc.; Acer America Corp.; BenQ Corp.; BenQ America Corp.; SANYO Electric Co., Ltd.;

4    SANYO Manufacturing Corp.; AT&T Mobility LLC; Best Buy Stores, L.P.; BestBuy.com,

5    LLC; Best Buy Purchasing, LLC; and Interbond Corporation of America, d/b/a BrandsMart

6    U.S.A. (collectively, "the Parties"), by their undersigned attorneys, stipulate and agree that all

7    remaining claims and counterclaims in the above-captioned matter should be dismissed with

8    prejudice with respect to all products including Licensed Products and without prejudice with

9    respect to any and all OLED Products and set products to the extent covered under U.S. Patent

10   No. 7,057,359.  The terms "Licensed Products," "OLED Products," and "set products" shall

11   have the meaning specified in Sections 1(l) and 1(o) of the Settlement and Patent Cross License

12   Agreement between Samsung Electronics Co., Ltd. and AU Optronics Corporation, effective as

13   of January 1, 2012.  Each party shall bear its own attorneys' fees and costs.

14

15   **Filer's Attestation:**  Pursuant to General Order No. 45, Section X.B regarding signatures, Vision

16   L. Winter hereby attests that concurrence in the filing of this document has been obtained from

17   the other signatories listed below.

18

19

20

21

22

23

24

25

26

27

28

1

2   January 18, 2012                         Respectfully submitted,

3                                            O'MELVENY & MYERS LLP

4

5

6   By _____
                                             Brian M. Berliner
7                                            Vision Winter
                                             400 South Hope Street
8                                            Los Angeles, CA  90071-2899
                                             Telephone: (213) 430-6000
9                                            Facsimile:   (213) 430-6407

10                                           Counsel for Samsung Electronics Co., Ltd.,
                                             Samsung Electronics America, Inc., AT&T
11                                           Mobility LLC, Best Buy Stores, L.P.,
                                             BestBuy.com, LLC, Best Buy Purchasing, LLC,
12                                           Interbond Corporation of America, d/b/a
                                             BrandsMart U.S.A.

13

14  January 18, 2012                         LATHAM & WATKINS LLP

15

16                                           By  /s/ Bob Steinberg _____
                                             Bob Steinberg
17                                           Lawrence J. Gotts
                                             Bert C. Reiser
18                                           555 Eleventh Street, NW, Suite 100
                                             Washington, DC  20004-1304
19                                           Telephone: (202) 637-2200
                                             Facsimile:   (202) 637-2201
20

21                                           Counsel for AU Optronics Corporation and AU
                                             Optronics Corporation America
22

23

24

25

26

27

28

1

January 18, 2012                           WILSON SONSINI GOODRICH & ROSATI

2

3

4                                          By  /s/ Michael Song_____
                                               James C. Yoon
5                                              S. Michael Song
                                               Albert Shih
6                                              Kirin K. Gill
                                               650 Page Mill Road
7                                              Palo Alto, CA  94304-1050
                                               Telephone:    (650) 493-9300
8                                              Facsimile:    (650) 493-6811

9
                                           Counsel for Acer Inc., Acer America Corporation,
10                                         BenQ Corp., and BenQ America Corp.

11    January 18, 2012                      KATTEN MUCHIN ROSENMAN LLP

12

13

14                                         By  /s/ Michael Dorfman_____
                                               Michael A. Dorfman
15                                             525 West Monroe Street
                                               Chicago, IL  60661-3693
16                                             Telephone:    (312) 902-5200
                                               Facsimile:    (312) 902-1061

17
                                           Counsel for SANYO Electric Co., Ltd. and
18                                         SANYO Manufacturing Corporation

19

20                          20th                       January
21    SO ORDERED THIS _____ DAY OF _____, 2012.

22

23                                                                        _____
                                                                          IT IS SO ORDERED        T JUDGE

24

25                                                                        Judge Edward M. Chen

26

27

28