1  GEORGE RILEY (CA Bar No. 118304)
   griley@omm.com
2  DARIN SNYDER (CA Bar No. 136003)
   dsnyder@omm.com
3  O'MELVENY & MYERS LLP
4  Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111-3823
5  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
6
7  MARK SAMUELS (CA Bar No. 107026)
   msamuels@omm.com
8  BRIAN M. BERLINER (CA Bar No. 156732)
   bberliner@omm.com
9  RYAN YAGURA (CA Bar No. 197619
   ryagura@omm.com
10 VISION L. WINTER (CA Bar No. 234172)
   vwinter@omm.com
11 O'MELVENY & MYERS LLP
12 400 South Hope Street
   Los Angeles, CA 90071-2899
13 Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
14
15 Attorneys for
   SAMSUNG ELECTRONICS CO., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORP., *et al.*, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:11-cv-02620-EMC and Consolidated Case #11-3170 EMC <br> AMENDED ORDER <br> **STIPULATION OF DISMISSAL AND [P~~ROPO~~SED] ORDER** |

1   Pursuant to F ED. R. C IV. P. 41(a)(1)(A)(ii), Samsung Electronics Co., Ltd.; Samsung
2   Electronics America, Inc.; AU Optronics Corporation; AU Optronics Corporation America;
3   Acer Inc.; Acer America Corp.; BenQ Corp.; BenQ America Corp.; SANYO Electric Co., Ltd.;
4   SANYO Manufacturing Corp.; AT&T Mobility LLC; Best Buy Stores, L.P.; BestBuy.com,
5   LLC; Best Buy Purchasing, LLC; and Interbond Corporation of America, d/b/a BrandsMart
6   U.S.A. (collectively, "the Parties"), by their undersigned attorneys, stipulate and agree that all
7   remaining claims and counterclaims in the above-captioned matter should be dismissed with
8   prejudice with respect to all products including Licensed Products and without prejudice with
9   respect to any and all OLED Products and set products to the extent covered under U.S. Patent
10  No. 7,057,359.  The terms "Licensed Products," "OLED Products," and "set products" shall
11  have the meaning specified in Sections 1(l) and 1(o) of the Settlement and Patent Cross License
12  Agreement between Samsung Electronics Co., Ltd. and AU Optronics Corporation, effective as
13  of January 1, 2012.  Each party shall bear its own attorneys' fees and costs.

**Filer's Attestation:**  Pursuant to General Order No. 45, Section X.B regarding signatures, Vision L. Winter hereby attests that concurrence in the filing of this document has been obtained from the other signatories listed below.

Case No. 3:11-cv-02620-EMC                    - 2 -                    STIPULATION OF DISMISSAL

January 18, 2012

Respectfully submitted,

O'MELVENY & MYERS LLP

By _____
Brian M. Berliner
Vision Winter
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone: (213) 430-6000
Facsimile:   (213) 430-6407

Counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., AT&T Mobility LLC, Best Buy Stores, L.P., BestBuy.com, LLC, Best Buy Purchasing, LLC, Interbond Corporation of America, d/b/a BrandsMart U.S.A.

January 18, 2012

LATHAM & WATKINS LLP

By  /s/ Bob Steinberg
Bob Steinberg
Lawrence J. Gotts
Bert C. Reiser
555 Eleventh Street, NW, Suite 100
Washington, DC  20004-1304
Telephone: (202) 637-2200
Facsimile:   (202) 637-2201

Counsel for AU Optronics Corporation and AU Optronics Corporation America

| | | |
|---|---|---|
| 1 | January 18, 2012 | WILSON SONSINI GOODRICH & ROSATI |

By /s/ Michael Song
    James C. Yoon
    S. Michael Song
    Albert Shih
    Kirin K. Gill
    650 Page Mill Road
    Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
    Facsimile: (650) 493-6811

Counsel for Acer Inc., Acer America Corporation, BenQ Corp., and BenQ America Corp.

January 18, 2012        KATTEN MUCHIN ROSENMAN LLP

By /s/ Michael Dorfman
    Michael A. Dorfman
    525 West Monroe Street
    Chicago, IL 60661-3693
    Telephone: (312) 902-5200
    Facsimile: (312) 902-1061

Counsel for SANYO Electric Co., Ltd. and SANYO Manufacturing Corporation

SO ORDERED THIS __23rd__ DAY OF __January__, 2012.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen