GEORGE RILEY (CA Bar No. 118304)
griley@omm.com
DARIN SNYDER (CA Bar No. 136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

MARK SAMUELS (CA Bar No. 107026)
msamuels@omm.com
BRIAN M. BERLINER (CA Bar No. 156732)
bberliner@omm.com
RYAN YAGURA (CA Bar No. 197619
ryagura@omm.com
VISION L. WINTER (CA Bar No. 234172)
vwinter@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORP., *et al.*, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:11-cv-02620-EMC  and Consolidated <br> AMENDED ORDER          Case #11-3170 EMC <br> **STIPULATION OF DISMISSAL AND [P~~ROPO~~SED] ORDER** |

Case No. 3:11-cv-02620-EMC                                                                        STIPULATION OF DISMISSAL


Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; AU Optronics Corporation; AU Optronics Corporation America; Acer Inc.; Acer America Corp.; BenQ Corp.; BenQ America Corp.; SANYO Electric Co., Ltd.; SANYO Manufacturing Corp.; AT&T Mobility LLC; Best Buy Stores, L.P.; BestBuy.com, LLC; Best Buy Purchasing, LLC; and Interbond Corporation of America, d/b/a BrandsMart U.S.A. (collectively, "the Parties"), by their undersigned attorneys, stipulate and agree that all remaining claims and counterclaims in the above-captioned matter should be dismissed with prejudice with respect to all products including Licensed Products and without prejudice with respect to any and all OLED Products and set products to the extent covered under U.S. Patent No. 7,057,359. The terms "Licensed Products," "OLED Products," and "set products" shall have the meaning specified in Sections 1(l) and 1(o) of the Settlement and Patent Cross License Agreement between Samsung Electronics Co., Ltd. and AU Optronics Corporation, effective as of January 1, 2012. Each party shall bear its own attorneys' fees and costs.

**Filer's Attestation:** Pursuant to General Order No. 45, Section X.B regarding signatures, Vision L. Winter hereby attests that concurrence in the filing of this document has been obtained from the other signatories listed below.

| | | |
|---|---|---|
| 1 | January 18, 2012 | Respectfully submitted, |
| 2 | | O'MELVENY & MYERS LLP |

By /s/ 
Brian M. Berliner
Vision Winter
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone: (213) 430-6000
Facsimile:   (213) 430-6407

Counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., AT&T Mobility LLC, Best Buy Stores, L.P., BestBuy.com, LLC, Best Buy Purchasing, LLC, Interbond Corporation of America, d/b/a BrandsMart U.S.A.

January 18, 2012                    LATHAM & WATKINS LLP

By /s/ Bob Steinberg
Bob Steinberg
Lawrence J. Gotts
Bert C. Reiser
555 Eleventh Street, NW, Suite 100
Washington, DC  20004-1304
Telephone: (202) 637-2200
Facsimile:   (202) 637-2201

Counsel for AU Optronics Corporation and AU Optronics Corporation America

| | |
|---|---|
| January 18, 2012 | WILSON SONSINI GOODRICH & ROSATI |

By /s/ Michael Song_____
   James C. Yoon
   S. Michael Song
   Albert Shih
   Kirin K. Gill
   650 Page Mill Road
   Palo Alto, CA  94304-1050
   Telephone:   (650) 493-9300
   Facsimile:    (650) 493-6811

Counsel for Acer Inc., Acer America Corporation, BenQ Corp., and BenQ America Corp.

| | |
|---|---|
| January 18, 2012 | KATTEN MUCHIN ROSENMAN LLP |

By /s/ Michael Dorfman_____
   Michael A. Dorfman
   525 West Monroe Street
   Chicago, IL  60661-3693
   Telephone:   (312) 902-5200
   Facsimile:    (312) 902-1061

Counsel for SANYO Electric Co., Ltd. and SANYO Manufacturing Corporation

SO ORDERED THIS __23rd__ DAY OF __January__, 2012.

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

_____
UNITED STATES DISTRICT JUDGE